IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO:   9:10-CV-80735-Dimitrouleas

PAUL BIRSTER and
ANGELA BIRSTER

      Plaintiffs,

vs.

AMERICAN HOME MORTGAGE
SERVICING, INC., a Delaware Corporation

      Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS PAUL BIRSTER AND ANGELA BIRSTER

NOW COME current counsel for the Plaintiff, Adam J. Knight and Henry W. Hicks, and, pursuant to Local Rule 11.1(d)(3), submit this Motion to Withdraw as Counsel for Plaintiffs Paul Birster and Angela Birster (Motion), showing this Honorable Court as follows:

1. Pursuant to Local Rule 7.1, this Motion is not required to include a memorandum of law and should be granted for the following reasons.

2. Professional considerations require termination of the representation based upon irreconcilable differences.

3. To the knowledge and belief of the undersigned attorneys, the Plaintiff have begun the process of seeking new counsel and the undersigned attorneys have offered to assist the Plaintiffs in that regard.

4. This Motion is not being advanced for the purpose of delay or avoidance.

5. Pursuant to Local Rule 11.1(d)(3), the undersigned provides the following current mailing address for the Plaintiffs: Paul & Angela Birster, 42811 North 11th Avenue, New River, Arizona 85087. Alternatively, Paul & Angela Birster have a mailing address at 11391 154th Road North, Jupiter, Florida 33478.

6. Although Henry W. Hicks is not a member of the bar of this Court, Mr. Hicks is still listed as an attorney of record for service with this Court and, accordingly, Mr. Hicks is included within this motion.

Respectfully submitted,                                              Respectfully submitted,


/s/ Adam J. Knight                                                   /s/ Henry W. Hicks
Adam J. Knight, Esq.                                                 Henry W. Hicks, Esq.
Florida Bar Number 69400                                             Florida Bar Number 289833
Attorney for the Plaintiff                                           Attorney for the Plaintiff

HENRY W. HICKS, P.A.                                                 HENRY W. HICKS, P.A.
3003 West Azeele Street, Suite 200                                   3003 West Azeele Street, Suite 200
Tampa, Florida 33609                                                 Tampa, Florida 33609
Tele. 813.876.3113                                                   Tele. 813.876.3113
Fax. 813.871.9202                                                    Fax. 813.871.9202
aknight@titlemark.net                                                henry@titlemark.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw as Counsel for Plaintiffs Paul Birster and Angela Birster was served upon the following:

Eric S. Matthew, Esq.
AKERMAN SENTERFITT
One Southeast Third Avenue 25th Floor
Miami, Florida 33131
(by CM/ECF only)

Paul & Angela Birster
42811 North 11th Avenue
New River, Arizona 85087
(by U.S. Mail)

Paul & Angela Birster
11391 154th Road North
Jupiter, Florida 33478

on this __20th__ day of June, 2011.

                                                /s/ Adam J. Knight
                                                Adam J. Knight, Esq.
                                                Florida Bar Number 69400
                                                Attorney for the Plaintiffs

Henry W. Hicks, P.A.
3003 West Azeele Street
Suite 200
Tampa, Florida 33609
Tele. 813.876.3113
Fax. 813.871.9202